# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BIOCONTROL, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:21-cv-00243-ADA |
| v. | ) | |
| | ) | |
| NINTENDO OF AMERICA INC. | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii) and (B), the Plaintiff, Biocontrol, LLC and Defendant Nintendo of America Inc. hereby jointly stipulate to the dismissal of this action for all of Plaintiff's claims. The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 1, 2021

                                          Respectfully submitted,

                                        **Ramey & Schwaller, LLP**

                                        /s/ William P. Ramey
                                        William P. Ramey, III
                                        Texas Bar No. 24027643
                                        5020 Montrose Blvd., Suite 800
                                        Houston, Texas 77006
                                        (713) 426-3923
                                        wramey@rameyfirm.com

                                        *Attorneys for Biocontrol, LLC*

                                        s/Grant Kinsel
                                        Grant Kinsel | Perkins Coie LLP
                                        1201 Third Avenue Suite 4900
                                        Seattle, WA 98101-3099
                                        D. +1.206.359.351

GKinsel@perkinscoie.com

*Attorneys for Nintendo of America Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that July 6, 2021, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/William P. Ramey, III
William P. Ramey, III